UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MORTIFERUM LEE KARMA,

Plaintiff,

v.

PAULA CHANDLER, et al.,

Defendants.

CASE NO. 2:26-cv-01244-RSM-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is dismissed for failure to state a claim, failure to comply with a court order, and failure to properly prosecute. Plaintiff's motion for medical intervention (Dkt. 9) is denied as moot.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 7th day of August, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE